UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 19-471 (FLW) |
| TACQUES HALL, a/k/a "Buddha" | **DETENTION ORDER** |

This matter having been opened to the Court on the request of the defendant, Tacques Hall (represented by counsel Michael Huff, Esq.), for disposition under Article III of the Interstate Agreement on Detainers ("IADA"), Title 18, United States Code, Appendix 2; it appearing that a change of plea hearing was held before the Court on July 8, 2019, at which the defendant entered a plea of guilty to a one-count information; it appearing that, at the time of the hearing, the defendant was a prisoner in the custody of the State of New Jersey, serving a sentence of imprisonment at Northern State Prison and, accordingly, that the defendant was advised that the anti-shuttling provisions of the IADA may apply; it further appearing that, at the hearing, the defendant invoked his anti-shuttling rights under the IADA, and requested to remain in federal custody pending final disposition of the charge in the information; it appearing that the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (J. Brendan Day and Alexander E. Ramey, Assistant United States Attorneys, appearing), seeks continued detention of the defendant pending sentence, pursuant to Title 18, United States Code, Section 3143(a); and for good cause shown:

IT IS, therefore, on this 8th day of July, 2019,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a) that the defendant, Tacques Hall, be detained, and, pursuant to the anti-shutting provisions of the IADA, Title 18, United States Code, Appendix 2, that he be committed to the custody of the Attorney General or his authorized representative pending final disposition of the charge in this case; and it is further

ORDERED that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3143, and Title 18, United States Code, Appendix 2, Article III(e) that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE FREDA L. WOLFSON
Chief United States District Judge