UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : |  |
| : | ORDER |
| VS. |  |
| TACQUES HALL |  |
| : |  |
| Defendant |  |
| : | CR.3:19-471-01(FLW) |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 4th day of AUGUST 2022,

ORDERED that <u>Alison Brill, AFPD</u> from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant for the limited purposes of exploring a potential motion for a reduction of sentence pursuant to 18 U.S.C. 3582(c).

    s/Freda L. Wolfson
    FREDA L. WOLFSON
    UNITED STATES CHIEF JUDGE